NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number: 209813
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3550
    Facsimile: (714) 338-3708
    E-mail:    Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 19-73-DOC |
| Plaintiff, | GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT |
| v. | |
| JAMES LEEMON MARSHALL III, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Jennifer L. Waier, having received and reviewed the Presentence Report for defendant James Leemon Marshall III in the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  above matter, submits the government's response to the Presentence
2  Report.
3  Dated: March 10, 2020          Respectfully submitted,
4                                  NICOLA T. HANNA
                                   United States Attorney
5
                                   BENJAMIN R. BARRON
6                                  Assistant United States Attorney
                                   Chief, Santa Ana Branch Office
7

8                                  *Jennifer L. Waier*_____
                                   JENNIFER L. WAIER
9                                  Assistant United States Attorney
                                   Attorneys for Plaintiff
10                                 United States of America

Defendant James Leemon Marshall III pleaded guilty to a one-count information charging him with possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

The Probation Office has determined that defendant's total offense level with acceptance of responsibility is 19 and criminal history category is I.  Thus, the advisory guideline sentencing range is 30 to 37 months' imprisonment.  The government concurs with the calculation of defendant's offense level and criminal history category in the Presentence Report.

Consistent with the Presentence Report, the government requests that defendant receive the following sentence: 24 months of imprisonment followed by a three-year period of supervised release under the conditions noted in the Presentence Report.  In addition, defendant should be ordered to pay a $100 special assessment.